IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM WALLACE,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1033

Opinion filed April 1, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

William Wallace, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.  See Pettway v. State, 776 So. 2d 930 (Fla. 2000).

WOLF, BENTON, and RAY, JJ., CONCUR.